REV. 1/7/99

FILED
CLERK, U.S. DISTRICT C...
OCT 29 1999
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

**SEND**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Edward Levy,

    Plaintiffs,

    v.

Home Depot U.S.A. Inc. et al,

    Defendants.

) Case No. CV 99-07682-HLH (Ex)
)
) ORDER RE:
)     I.  Early Meeting of Counsel
)         (Local Rule 6.1)
)
) II.  Mandatory Status Conference
)      set for **DECEMBER 13, 1999**
)      **at 8:30 a.m. (Local Rule 6.9)**
)
)
)
)
)
)

This action has been assigned to the calendar of Judge Harry L. Hupp. The responsibility for the progress of litigation in the Federal Courts falls not only upon the attorneys in the action, but upon the Court as well.

In order "to secure the just, speedy, and inexpensive determination of every action," (F.R.C.P. 1), all counsel are hereby ordered to familiarize themselves with the Federal Rules of Civil Procedure and the Local Rules of the Central District of California.* Pursuant to Local Rule 9.1, all civil actions or proceedings shall be pretried pursuant to Federal Rule of Civil Procedure Rule 16, and Local Rule 9.

ENTERED ON ICMS    NOV - 1 1999    CV

Counsel please note the changes in Local Rule 6 effective 11/4/96, relating to the early meeting of counsel and the mandatory status conference. Pursuant to Local Rule 6.1, by the time this order is served, counsel should already have conducted an early meeting of counsel to accomplish the items set forth in Local Rule 6.2 through 6.4, inclusive, and have filed the Early Meeting Report required by Local Rule 6.5. If that meeting has not already been conducted, it is ordered that counsel for the parties shall meet personally within ten (10) days of this Order for the purpose of complying with said Local Rules. In no event may the Early Meeting Report be filed later than 10 days before the status conference.

IT IS FURTHER ORDERED that this case be placed on calendar for a Mandatory Status Conference pursuant to Local Rule 6.9 in Courtroom 7 of this Court at 8:30 a.m. on the date set forth in the caption to this Order. Pursuant to Local Rule 6.9.1, the parties shall be represented by counsel expected to have charge of the conduct of the trial on behalf of the party.

Within fourteen (14) days of the early meeting, counsel shall file the report required by Local Rule 6.5. Unless otherwise ordered by the Court, this report also serves as the Joint Status Report for the status conference. (Local Rule 6.9.2.) The report shall cover the items listed in Local Rule 6.4, including:

(1) a discovery plan, including the items set forth in Local Rule 6.4.2 (discovery phases and order of discovery, limitations on discovery, and a proposed discovery cut-off date);

(2) a listing and proposed schedule of then contemplated law and motion matters, and a proposed dispositive motion cut-off date;

/ / /

-2-

(3) a statement of what settlement discussions have occurred and what settlement procedure is recommended pursuant to Local Rule 23 (specifically excluding any statement of the terms discussed);

(4) an estimated length of trial and a proposed date for the Pre-Trial Conference and for Trial;

(5) a discussion of other parties likely to be added;

(6) whether trial will be by jury or to the Court; and

(7) any other issues affecting the status or management of the case.

In addition, the Joint Status Report shall contain the following:

(1) a short synopsis of the principal issues in the case;

(2) a statement of whether pleadings are likely to be amended;

(3) a statement as to issues which any party believes may be determined by motion.

A continuance of the Mandatory Status Conference will be granted only for good cause. (Counsel are informed that continuance of the Status Conference causes commensurate delay in the trial date.)

A settlement procedure appropriate to the particular case will be used in every civil action pursuant to Local Rule 23. In the Early Meeting Report, counsel are to recommend a specific settlement procedure provided for in Local Rule 23 which will be utilized in this case. Available alternatives for consideration, not to the exclusion of others, include:

(1) a settlement conference before the magistrate judge assigned to this case;

/ / /

/ / /

-3-

(2) appearance before a retired judicial officer or other private or non-profit dispute resolution body for settlement or mediation proceedings;

(3) appearance before an attorney selected from the Attorney Settlement Officer Panel (when such panel is implemented);

(4) appearance before a district judge or magistrate judge assigned to the Civil Settlement Panel; or

(5) such other settlement mechanism proposed by the parties and approved by the Court.

The report to the Court as to the above items should be preceded by a thorough and frank discussion among the attorneys for the parties.

In motion matters, counsel should note the timing and service requirements of Local Rule 7 and its subparts including:

(1) Rule 7.4 (twenty-one (21) days notice for all motions unless served by mail, in which case twenty-four (24) days notice is required) (with filing twenty (20) days prior to the hearing date);

(2) Rule 7.6 (responses to all motions fourteen (14) calendar days before hearing date); and

(3) Rule 7.7 (reply, if any, to all responses one (1) week before the hearing date).

Adherence to the timing requirements of the Local Rules is necessary for proper chambers preparation of motion matters.

An Early Meeting Report which does not comply with Local Rule 6.4 and this Order may cause continuance of the Status Conference and possible award of sanctions under Local Rule 27 against the party or parties responsible.

INVITATION TO USE CONFERENCE TELEPHONE:

If one or more of the attorneys has his or her office outside of Los Angeles County, the Court is normally willing in such cases, at counsel's request, to conduct status conferences and hear motion

-4-

matters by conference telephone call. If one or more attorneys so request, please obtain agreement of opposing counsel as to possible times, and contact the clerk at (213) 894-3663 to set a particular time. Opposing counsel may participate by telephone or be present in chambers and participate by speaker phone. Motion matters will be reported (counsel, remember to state your name for the reporter). On motion days, telephone matters may normally be heard between 8:30 and 9:00 a.m., or between 11:00 and 12:00, but in any event, a particular time must be arranged with the clerk in advance. The attorney requesting to participate by telephone has the responsibility to make the arrangements and place the conference phone call. The conference operator is to be instructed to place the call to the Court last, after everyone else is on the telephone. (The Court's number is (213) 894-6730.)

IT IS SO ORDERED.

DATE: 10/29/99

HARRY L. HUPP
Senior Judge
United States District Court

---

*Copies of the Local Rules may be purchased from one of the following:

Los Angeles Daily Journal
915 E. 1st Street
Los Angeles, CA 90012

West Publishing Company
50 W. Kellogg Boulevard
St. Paul, MN 55164-9979

Metropolitan News
210 South Spring Street
Los Angeles, CA 90012